# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Newport News Division

TONY GENE FORRESTER,

      Plaintiff,

  v.                                                   CASE NO. 4:23cv19

BARBARA LACINA, *et al.*,

      Defendants,

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** – This action is DISMISSED without prejudice for lack of subject matter jurisdiction pursuant to Federal Rule 12(h)(3).

**DATED:**  1/9/2024                                  FERNANDO GALINDO, Clerk

                                                      By: _____/s/_____
                                                          A. Farlow, Deputy Clerk